**Yvonne Fannette HOWERTON, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent,**

and

**Department of the Army, Intervenor.**

No. 2009–3011.

United States Court of Appeals, Federal Circuit.

Nov. 25, 2008.

## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

**Stephen E. WILLIAMS, Petitioner,**

v.

**SOCIAL SECURITY ADMINISTRATION, Respondent.**

No. 2009–3020.

United States Court of Appeals, Federal Circuit.

Nov. 25, 2008.

Stephen E. Williams, Baltimore, MD, pro se.

## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.